IN the INTEREST of E.L.F., I.I.F., A.S.F., L.D.F., A.D.F., T.J.F., and D.M.F., Minor Children.

JUVENILE OFFICER, Respondent,

v.

E.F., (Natural Mother), Appellant.

No. WD 46324.

Missouri Court of Appeals, Western District.

Feb. 16, 1993.

Kevin R. Thomas, Independence, for appellant.

Suzanne A. Block, Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM:

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).